| | |
|---|---|
| 1 | Prober & Raphael |
| 2 | A Law Corporation |
|   | Dean R. Prober, Esq., #106207 |
| 3 | Lee S. Raphael, Esq., #180030 |
|   | Cassandra J. Richey, Esquire #155721 |
| 4 | David F. Makkabi, Esquire #249825 |
|   | 20750 Ventura Boulevard, Suite 100 |
| 5 | P.O. Box 4365 |
| 6 | Woodland Hills, CA 91365-4365 |
|   | (818) 227-0100 |
| 7 | Attorneys for Secured Creditor |
|   | U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan |
| 8 | Association, FA |
|   | F.040-1619 |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Bk. No. 10-53945 |
| | ) | |
| JEFFREY JOEL DUQUE SIBAYAN AND | ) | CHAPTER 7 |
| GLENDA LAGMAN SIBAYAN AKA | ) | |
| GLENDA LAGMAN, | ) | R.S. No. DRP – 772 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | Hearing- |
| | ) | Date : June 9, 2010 |
| | ) | Time : 2:00 p.m. |
| | ) | Place : U.S. Bankruptcy Court |
| | ) | 280 South First Street |
| | ) | San Jose, California |
| | ) | Courtroom 3070 |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Barbara Scott, declare that

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On June 10, 2010, I served the within Order on Motion for Relief from Automatic Stay on the interested parties in this action by placing true and correct copies in the United States Mail at Woodland Hills, California, addressed as follows:

[X] (By Mail [Federal]) I placed such envelope with postage thereon fully prepaid in the United States mail at Woodland Hills, California.

[X] (By Mail [State]) I am readily familiar with Prober & Raphael's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[ ] (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

[X] Executed on June 10, 2010, at Woodland Hills, California.

[X] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

/s/ Barbara Scott

CASE NO.: 10-53945
DEBTOR : JEFFREY JOEL DUQUE SIBAYAN AND GLENDA LAGMAN SIBAYAN

INTERESTED PARTIES

U.S. Bankruptcy Court
Judge Marilyn Morgan
Attention: Chambers Copies
280 South First Street
San Jose, CA 95113-3099

Jeffrey Joel Duque Sibayan
823 Holstein Way
Gonzales, CA 93926
Debtor

Glenda Lagman Sibayan
1451 Rocky Ridge Road, #407
Roseville, CA 95661
Debtor

Christopher Alliotts, Esquire
Law Offices of Christopher Alliotts
60 West Alisal Street, #10
Salinas, CA 93901
Attorney for Debtors

John W. Richardson
5161 Soquel Drive, #F
Soquel, CA 95073
Chapter 7 Trustee

U.S. Trustee
U.S. Federal Building
280 South First Street #268
San Jose, CA 95113-3004

Prober & Raphael, A Law Corporation
Attorneys for Movant
P.O. Box 4365
Woodland Hills, CA 91365-4365